PROB 12C
(7/93)

Report Date: January 14, 2016

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 15, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kenneth R. Budik                    Case Number: 0980 2:14CR00021-RMP-18

Address of Offender: 553 East Crown, Spokane, Washington  99207-1317

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Chief U. S. District Judge

Date of Original Sentence: March 17, 2015

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute Oxycodone Hydrochloride, 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| Original Sentence: | Prison - 24 months; TSR - 36 months |

Type of Supervision: Supervised Release

| | | | |
|---|---|---|---|
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: | December 9, 2015 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | December 8, 2018 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On January 10, 2016, Mr. Budik violated his conditions of supervision is Spokane, Washington, by being placed under arrest for charges of driving under the influence.

2 | **Special Condition # 14:** You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence:** On January 11, 2016, Mr. Budik violated his conditions of supervision in Spokane, Washington, by failing to obtain a chemical dependency evaluation. On December 11, 2015, Mr. Budik was directed by the undersigned officer to contact Alcohol Drug Education Prevention Treatment (ADEPT) to complete a chemical dependency evaluation. On January 11, 2016, the undersigned officer contacted ADEPT and was advised that Mr. Budik had not scheduled his chemical dependency evaluation and had not made any attempt to contact them.

**Prob12C**
**Re: Budik, Kenneth R.**
**January 14, 2016**
**Page 2**

| | | |
|---|---|---|
| 3 | **Special Condition # 15:** | You shall abstain from alcohol and shall submit to testing(including urinalysis and Breathalyzer) as directed by the supervising officer, but no more than 6 tests per month, in order to confirm abstinence from this substance. |

**Supporting Evidence:** On January 10, 2016, Mr. Budik violated his conditions of supervision in Spokane, Washington, by consuming alcohol. Mr. Budik was charged with driving under the influence (DUI) on January 10, 2016. He self reported to the undersigned officer that he was drinking champagne the night of his DUI arrest.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    01/14/2016

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

1/14/2016

Date