PROB 12C
(6/16)

Report Date: March 19, 2018

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 20, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kenneth R. Budik | Case Number: 0980 2:14CR00021-RMP-18 |
| Address of Offender: , Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: March 17, 2015

Original Offense:    Conspiracy to Distribute Oxycodone Hydrochloride, 21 U.S.C. § 841(a)(1)(b)(1)(c)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 24 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: | December 9, 2015 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | December 8, 2018 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 and 2 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include uranalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm abstinence from these substances.<br><br>**Supporting Evidence**: On December 10, 2015, Mr. Budik reported to the undersigned officer for the purpose of an intake.  Reviewed with Mr. Budik were his conditions of supervised release.  He signed his conditions acknowledging an understanding of his conditions, to include special condition number 16, as noted above.<br><br>On January 2, 2018, Mr. Budik reported to the probation office at the direction of the undersigned officer.  A random urinalysis test was collected and the urine sample was presumptive positive for marijuana.  When confronted on the positive test, he adamantly denied using marijuana at that time.  On January 5, 2018, the lab report was received from Alere Toxicology confirming a positive result for the presence of marijuana.  Several days later, Mr. Budik finally admitted to using marijuana.<br><br>On January 23, 2018, Mr. Budik reported to the probation office at the direction of the undersigned officer.  A random urinalysis test was collected and the urine sample was again |

Prob12C
**Re: Budik, Kenneth R.**
**March 19, 2018**
**Page 2**

        presumptive positive for marijuana. On January 31, 2018, Alere Toxicology confirmed a positive result for the presence of marijuana.

3        **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include uranalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm abstinence from these substances.

        **Supporting Evidence**: On December 10, 2015, Mr. Budik reported to the undersigned officer for the purpose of an intake. Reviewed with Mr. Budik were his conditions of supervised release. He signed his conditions acknowledging an understanding of his conditions, to include special condition number 16, as noted above.

        On February 20, 2018, Mr. Budik reported to the probation office at the direction of the undersigned officer. A random urinalysis test was collected and the urine sample was presumptive positive for marijuana. When confronted on the positive test, he adamantly denied using any additional marijuana from what was previously reported. On March 2, 2018, the lab report was received from Alere Toxicology confirming a positive result for the presence of marijuana.

4        **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include uranalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm abstinence from these substances.

        **Supporting Evidence**: On December 10, 2015, Mr. Budik reported to the undersigned officer for the purpose of an intake. Reviewed with Mr. Budik were his conditions of supervised release. He signed his conditions acknowledging an understanding of his conditions, to include special condition number 16, as noted above.

        On March 13, 2018, Mr. Budik reported to the probation office at the direction of the undersigned officer. He was instructed to submit to a urinalysis test. Mr. Budik admitted to using marijuana on or about March 3, 2018, and signed a drug use admission form. Additionally, when counseled for his continuous marijuana consumption, Mr. Budik admitted to using marijuana off and on for approximately 3 months.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Budik, Kenneth R.**
**March 19, 2018**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  03/19/2018

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*(signature)*

Signature of Judicial Officer

3/19/2018

Date